ATTORNEY GRIEVANCE COMMISSION *  IN THE
OF MARYLAND                              *   COURT OF APPEALS
                                        *   OF MARYLAND

      Petitioner                   *

v.                             *

                                        *   Misc. Docket AG No. 78

JOHN FRANKLIN BLEVINS      *   September Term, 2018

      Respondent

## ORDER

UPON CONSIDERATION of the Joint Petition for Indefinite Suspension by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, John Franklin Blevins, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rules 5.3, 5.4, 5.7, and 8.4 (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct. The Court, having considered the Petition. it is this <u>18th</u> day of <u>April</u>, 2019

ORDERED, that Respondent, John Franklin Blevins, be, and he hereby is, indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement in 90 days, effective immediately; and it is further

ORDERED, that, the Clerk of the Court shall remove the name John Franklin Blevins from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Clayton Greene Jr.
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk